UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DEAN W. GALUSHA,

                  Petitioner,

    vs                                         9:02-CV-1602

GEORGE DUNCAN,

                  Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

DEAN W. GALUSHA
Petitioner, Pro Se
98-B-1336
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562

HON. ANDREW M. CUOMO               G. LAWRENCE DILLON, ESQ.
Attorney General of the                  Asst. Attorney Generaol
  State of New York
Attorney for Respondent
207 Genesee Street
Utica, NY 13501

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Petitioner, Dean W. Galusha, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By a report recommendation dated August 6, 2007, the Honorable Gustave J. DiBianco, United States Magistrate Judge, recommended that the petition for a writ of habeas corpus be denied and dismissed. Petitioner has filed timely objections.

Based upon a de novo determination of the report and recommendation, including the portions to which petitioner objected, the Report-Recommendation is accepted and adopted in whole. See 28 U.S.C. 636(b)(1); Rule 10, Rules Governing Section 2254 Cases.

Accordingly, it is

ORDERED that the petition is DENIED and DISMISSED in all respects.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   November  21, 2007
            Utica, New York.